**SO ORDERED.**

**SIGNED this 23 day of July, 2010.**

_____
Randy D. Doub
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN RE:                                                                                    CASE NO.:

CHARLES WATTS                                                               10-01508-8-RDD
   DEBTOR                                                                         CHAPTER 13

### ORDER WAIVING ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES GOVERNING POST-PETITION CONDUIT MORTGAGE PAYMENTS EFFECTIVE JANUARY 1, 2010

     THIS MATTER comes before the Bankruptcy Court upon the Debtor's Motion for an Order waiving the requirements under the Administrative Order Establishing Procedures Governing Post-petition Conduit Mortgage Payments Effective January 1, 2010, and it appearing that good cause has been shown, it is hereby

     ORDERED, ADJUDGED and DECREED that the requirements under the Administrative Order Establishing Procedures Governing Post-petition Conduit Mortgage Payments Effective January 1, 2010 and waived and that Debtor and his non-filing spouse shall pay the mortgage payments owing to Wells Fargo directly.

END OF DOCUMENT